**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on April 30, 2026**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **JAQUAN WILSON,** | : | **VIOLATIONS:** |
| | : | |
| Defendant. | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(Unlawful Possession of a Firearm** |
| | : | **and Ammunition by a Person** |
| | : | **Convicted of a Crime Punishable by** |
| | : | **Imprisonment for a Term Exceeding** |
| | : | **One Year)** |
| | : | |
| | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(Unlawful Possession of Ammunition** |
| | : | **by a Person Convicted of a Crime** |
| | : | **Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | |
| | : | **22 D.C. Code § 4503(a)(1), (b)(1)** |
| | : | **(Unlawful Possession of a Firearm by** |
| | : | **a Person Convicted of a Crime** |
| | : | **Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year) (Crime** |
| | : | **of Violence)** |
| | : | |
| | : | **D.C. Code § 22-4514(a), (c)(1)** |
| | : | **(Possession of a Prohibited Weapon** |
| | : | **(Felony))** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d);** |
| | : | **21 U.S.C. § 853(p); and 28 U.S.C.** |
| | : | **§ 2461(c)** |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

1

On or about February 11, 2026, within the District of Columbia, **JAQUAN WILSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2023 CF3 003169, did unlawfully and knowingly receive and possess a firearm, that is, a Romarm/Cugir Micro Draco, 7.62mm caliber semi-automatic firearm, and did unlawfully and knowingly receive and possess ammunition, that is, 7.62mm caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of 18 U.S.C. § 922(g)(1))

## COUNT TWO

On or about February 11, 2026, within the District of Columbia, **JAQUAN WILSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2023 CF3 003169, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 30, .45 caliber semi-automatic firearm, and did unlawfully and knowingly receive and possess ammunition, that is, .45 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of 18 U.S.C. § 922(g)(1))

## COUNT THREE

On or about February 11, 2026, within the District of Columbia, **JAQUAN WILSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2023 CF3

2

003169, did unlawfully and knowingly receive and possess ammunition, that is, .300 caliber Blackout ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of 18 U.S.C. § 922(g)(1))

## COUNT FOUR

On or about February 11, 2026, within the District of Columbia, **JAQUAN WILSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2023 CF3 003169, including the following Crime of Violence as defined in 23 D.C. Code, Section 1331(4): Attempted Robbery, in District of Columbia Superior Court Case No. 2023 CF3 003169, owned, kept, and had within his possession and control, a privately made firearm consisting of a AR style pistol with no known manufacturer.

**(Unlawful Possession of Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year (Crime of Violence)**, in violation of D.C. Code § 22-4503(a)(1), (b)(1) (2001 ed.))

## COUNT FIVE

On or about February 11, 2026, within the District of Columbia, **JAQUAN WILSON**, did unlawfully have in his possession a ghost gun.

**(Possession of a Prohibited Weapon (Felony)**, in violation of D.C. Code § 22-4514(a), (c)(1))

## FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Counts One, Two, and/or Three of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunitions involved in or used in the knowing commission of the offenses, including but not limited to a Romarm/Cugir

Micro Draco, 7.62mm caliber semi-automatic firearm and 7.62mm caliber ammunition; a Glock 30, .45 caliber semi-automatic firearm and .45 caliber ammunition; and a privately made firearm (PMF) consisting of a AR style pistol with no known manufacturer and .300 caliber Blackout ammunition.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: _Christine M. Macey_
  CHRISTINE M. MACEY
  Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON

4